

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00087-CR

Anthony Napoleon **BOWEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR9333
Honorable Jennifer Pena, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 1, 2023.

_____
Lori I. Valenzuela, Justice